AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:03-cr-269-T-23EAJ |
| WILLIAM YOUNG | USM Number: 41386-018 |
| | |
| | _Mary Mills, pda_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)____1,2,3,4,5,6,7,8 and 9____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

**Violation Charge Number**   **Nature of Violation**   **Violation Ended**

SEE PAGE 1a

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_September 16, 2010_
Date of Imposition of Judgment

_[signature]_
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

_9-22-10_
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 1a

| Defendant: William Young | Judgment - Page 1a of 2 |
|---|---|
| Case No.: 8:03-cr-269-T-23EAJ | |

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports | 7/5/2010 |
| 2 | Failure to work regularly at a lawful occupation | 4/2010 |
| 3 | Positive urinalysis for opiates on 9/25/2009 | 9/25/2009 |
| 4 | Positive urinalysis for amphetamines on 9/23/2009 | 9/23/2009 |
| 5 | Failure to submit for urinalysis | 6/14/2010 |
| 6 | Failure to participate in drug aftercare treatment | 7/1/2010 |
| 7 | Failure to participate in mental health treatment | 7/1/2010 |
| 8 | Failure to comply with the curfew program | 6/4/2010 |
| 9 | New conviction for conduct, resisting officer Without violence | 7/27/2010 |

Defendant:     William Young                           Judgment - Page  2  of  2
Case No.:      8:03-cr-269-T-23EAJ

## IMPRISONMENT

Supervised release is hereby revoked.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS. Upon service of this sentence, the defendant shall be discharged from further jurisdiction of this Court.**

_____ The Court makes the following recommendations to the Bureau of Prisons:


_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.   p.m.   on _____.

   _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___ before 2 p.m. on _____.

   ___ as notified by the United States Marshal.

   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL